JAMES FARRIS v. J. & A. SEISFIELD.

(No. 1164, Op. Book No. 1, p. 752.)

APPEAL from Collin County.   Opinion by WINKLER, J.

§ **350.** *Partnership, judgment against.* The judgment of the district court having been rendered upon proper service had upon Bryant, one of the members of the partnership of Farris & Bryant, was sufficient to bind the partnership and the property of the individual member so served. [Pas. Dig. art. 1514.] *Quære:* Where such judgment has been rendered, can the plaintiff, by a new suit, recover judgment against the partner not served, so as to subject his individual property also to the payment of the original judgment?

§ **351.** *Venue of suit.* A defendant must be sued in the county of his residence, unless the case comes within some of the exceptions named in the statute. [Pas. Dig. art. 1423.]

§ 352. *Jurisdiction of county court.* Under the present constitution and laws, the county court has no jurisdiction to set aside a judgment of the district court.

April 30, 1879.            Reversed and remanded.